UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEMUEL J. BARNEY, JACQUELINE BARNEY,<br><br>Plaintiffs,<br><br>vs.<br><br>HAPPY'S PIZZA ENTERPRISES, INC., HAPPY'S PIZZA #12, INC., HAPPY'S PIZZA #45,<br><br>Defendants. | 2:18-CV-13510-TGB<br><br>ORDER<br><br>HONORABLE TERRENCE G. BERG |

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 28th day of February, 2019.

                        BY THE COURT:

                        /s/Terrence G. Berg
                        TERRENCE G. BERG
                        United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
<u>February 28, 2019</u>, by electronic and/or ordinary mail.
<u>/s/ Amanda Chubb</u>
Case Manager
(313) 234-2644